THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Frank Moore, Appellant.
 
 
 

Appeal From Greenville County
 John C. Few, Circuit Court Judge
Unpublished Opinion No. 2008-UP-102
Submitted February 1, 2008  Filed
 February 12, 2008 
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Frank
 Moore (Appellant) was convicted of trafficking in cocaine and failure to stop
 for a blue light.  He was sentenced to twenty-five years in prison and a fine
 of $50,000 for trafficking and a concurrent term of three years in prison for
 failure to stop.  On appeal, counsel for Appellant has filed a final brief
 along with a petition to be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.          
APPEAL DISMISSED.[1]
HUFF, KITTREDGE, and WILLIAMS, JJ., concur. 

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.